FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 28, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREA SPREADBURY,<br><br>        Plaintiff,<br><br>    v.<br><br>EASTERN STATE HOPSITAL; and<br>BENTON COUNTY JAIL,<br><br>        Defendants. | No. 2:22-CV-00154-SAB<br><br>**ORDER DISMISSING CASE** |

    By Order to Amend or Voluntarily Dismiss Complaint filed September 16, 2022, the Court advised Plaintiff of the deficiencies with her *pro se* civil rights Complaint under 42 U.S.C. § 1983. ECF No. 7. Plaintiff was ordered, within sixty (60) days of the Order date, to either submit an amended complaint including sufficient facts to state a claim upon which relief may be granted, or to voluntarily dismiss her Complaint pursuant to Federal Rule of Civil Procedure 41(a). *Id*. at 11–13.

    Plaintiff did not file an amended complaint or motion to dismiss. It appears a copy of the Order was sent to Plaintiff at Eastern State Hospital but returned as undeliverable on September 26, 2022. ECF No. 9. On June 27, 2022, Plaintiff was instructed to keep the Clerk of Court informed of any change of address: "If you do

**ORDER DISMISSING CASE** *1

not provide written notice of your change of address, the District Court Executive/Clerk cannot be responsible for your inability to receive Court orders and correspondence." ECF No. 3. Local Civil Rule 41(b)(2) also requires a *pro se* litigant to keep the Court and opposing parties advised as to his or her current mailing address. Since Plaintiff failed to file an amended complaint or motion to dismiss, the Court dismisses this action without prejudice.

Accordingly, **IT IS ORDERED**:

1. Plaintiff's Complaint, ECF No. 1, is **DISMISSED, without prejudice**.

2. The Clerk of Court is directed to **CLOSE** the file.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, provide a copy of this Order and the Order to Amend or Voluntarily Dismiss Complaint, filed on September 16, 2022, ECF No. 7, and Order Reassigning Case, ECF No. 8, filed on September 21, 2022, to Plaintiff at the Benton County Jail.

**DATED** this 28th day of November 2022.

*Stanley A. Bastian*
Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CASE *2**